IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AARON ALEXANDER JOHNSON**, | ) |
| Plaintiff, | ) |
| v. | ) 2:23cv546 |
| | ) **Electronic Filing** |
| **PENFED CREDIT UNION**, | ) |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, this 11th day of February, 2026, in accordance with the Memorandum and Order of Court entered on this date and pursuant to Federal Rule of Civil Procedure 58, IT IS ORDERED that final judgment is entered in the form of the dismissal of Plaintiff's Complaint with prejudice.  The Clerk of Court shall mark the case closed.

<u>s/David Stewart Cercone</u>
David Stewart Cercone
Senior United States District Judge

cc:   Aaron Alexander Johnson
      1111 Reservoir Ave
      Monessen, PA 15062

      (*Sent Via First Class Mail*)